

One Grand Central Place | 60 East 42nd Street | 51st Floor
New York, New York 10165
Tel 212-453-5900 | Fax 212-453-5959

Writer's Direct Dial:
BRAN C. NOONAN
212-453-5919
BNoonan@fordharrison.com

May 7, 2020

**VIA ECF**

Honorable Steven M. Gold
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Sampson v. International Union of Operating Engineers
            Case No.: 19 CV 04946

Dear Magistrate Judge Gold:

    We are counsel to defendant in this action. As you may recall, during our telephonic conference on April 20, 2020 in connection with plaintiff's motion to compel defendant's database, plaintiff was ordered to provide a factual basis for the predicate of his claim by May 4, 2020, and defendant was provided with an opportunity to respond by May 11, 2020. We are in receipt of plaintiff's submission, inclusive of eight exhibits, which we are sorting through. We write to request a one week extension until May 18, 2020 to file defendant's response, given ongoing issues with coordinating with our client. Plaintiff consents to this request.

    Thank you for your consideration.

                              Respectfully submitted,

                              */s/ Bran C. Noonan*

                              Bran C. Noonan

CC: all counsel of record (by ECF)