**FORD**HARRISON

366 Madison Avenue  |  7th Floor
New York, New York  10017
Tel 212-453-5900  |  Fax 212-453-5959

Writer's Direct Contact:

RICHARD BAHRENBURG
212-453-5937
rbahrenburg@fordharrison.com

July 27, 2026

**VIA ECF**

Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>    Re:    **Sampson v. International Union of Operating Engineers Local 14-14B**
>           **Case Nos.: 1:22-cv-03588; 19-cv-04946**

Dear Judge Gujarati:

Our firm represents Defendant International Union of Operating Engineers Local 14-14B ("Defendant") in the above-referenced matter. Defendant submits this letter to respectfully request an extension of the time of two weeks by which Defendant will respond to Plaintiff's objection to the Report and Recommendation filed by Magistrate Judge Lara K. Eskenazi on July 8, 2026. Defendant's response was originally due on August 5, 2026.

Good cause exists for granting this motion. Defendant requires additional time to evaluate the Objection and prepare an appropriate response. The requested extension will not unduly delay the proceedings or prejudice Plaintiff.

We have contacted counsel for the Plaintiff to ask whether he consents to the extension. Counsel is "not taking a position," but he requests that if the extension is granted to Defendant, then one "should be granted to Plaintiff as well."

We thank the Court for its consideration of this matter.

Sincerely,

*/s/Richard Bahrenburg*
Richard Bahrenburg